# Notice Recipients

District/Off: 0861–6             User: admin                    Date Created: 8/11/2022
Case: 6:22–bk–70501              Form ID: 318                   Total: 64

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)       USTPRegion13.LR.ECF@usdoj.gov
tr      Richard L. Cox           rlctrustee@gmail.com
aty     Mickey Lynn Stevens      skeltonandstevens@outlook.com

                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael Pickett         104 Avalon Drive        Pearcy, AR 71964
jdb         Brenda Pickett          104 Avalon Drive        Pearcy, AR 71964
5225052     ARStrat, LLC            P.O. Box 790113         Saint Louis, MO 63179
5218129     AT&T        P.O. Box 536216         Atlanta, GA 30353
5218123     Allstate Property & Cas Ins         2775 Sanders Road       Northbrook, IL 60062
5218124     Alltran Financial LP        P.O. Box 722901         Houston, TX 77272
5218125     Arkansas Healthcare Services        P.O. Box 14000      Belfast, ME 04915
5218126     Arvest Bank     P.O. Box 1640       Lowell, AR 72745
5218131     Bettye A Hoffman Neuropsycholo      1661 Airport Rd Ste D       Hot Springs National Park, AR 71913
5218133     CBC LLC.        2016 Highway 75 Suite 6         Blountville, TN 37617
5218135     CHI St. Vincent Hosptial HS         P.O. Box 505395         Saint Louis, MO 63150
5218132     Caine & Weiner      5805 Sepulveda Blvd. 4th Floor      Van Nuys, CA 91411
5225053     Chi St. Vincent Hospital Hot S      P.O. Box 505395         Saint Louis, MO 63150
5218136     Chi St. Vincent Hot Springs         P.O. Box 6460       Chesterfield, MO 63006
5218137     Chi St. Vincent Orthopedics Cl      1662 Higdon Ferry Road Ste 300      Hot Springs National Park, AR
            71913
5218138     Chi St. Vincent Urology Clinic      1 Mercy Lane Ste 200A       Hot Springs National Park, AR 71913
5218139     Credit Collection Services      P.O. Box 55126      Boston, MA 02205
5225054     Credit Collection Services      P.O. Box 607        Norwood, MA 02062
5218140     DF&A        Revenue Legal Counsel       P.O. Box 1272       Little Rock, AR 72203
5218141     Direct TV       P.O. Box 5014       Carol Stream, IL 60197
5225055     DirectTV        P.O. Box 105261         Atlanta, GA 30348
5225056     Dynamic Recovery Solutions      135 Interstate Blvd.        Greenville, SC 29615
5218142     Enhanced Recovery Company       P.O. Box 57547      Jacksonville, FL 32241
5218143     Fingerhut Advantage     P.O. Box 70281      Philadelphia, PA 19176
5218144     Fletcher Veterinary Clinic      215 South Moore Road        Hot Springs National Park, AR 71913
5218145     Genesis FS Card Services        P.O. Box 23039      Columbus, GA 31902
5218146     Healthstar Physicians of HS         Att: # 22144C       P.O. Box 14000      Belfast, ME 04915
5218147     IC Systems      10925 Otter Creek East      Mabelvale, AR 72103
5218149     JP Morgan Chase Bank NA         P.O. Box 182055         Columbus, OH 43218
5218150     JPMCB Auto Finance      P.O. Box 901003         Fort Worth, TX 76101
5218148     Jesse S. Johnson        Greenwald Davidson Radbil PLLC      7601 N. Federal Hwy Ste A–230       Boca Raton,
            FL 33487
5225057     LVNV Funding        C/O Resurgent Capital Services      P.O. Box 1269       Greenville, SC 29603
5218151     Mar Joe Enterprises DBA CBC         P.O. Box 5067       Kingsport, TN 37663
5218152     Mid South Adjustment Co Inc.        200 E. 11th Ave. Ste. K         Pine Bluff, AR 71601
5218153     National Park Cardiology Servi      Attn #9491j         P.O. Box 14000      Belfast, ME 04915
5225058     National Park Medical Center        P.O. Box 740757         Cincinnati, OH 45274
5225060     Nationwide Insurance        P.O. Box 077210         Minneapolis, MN 55480
5218154     Navient         P.O. Box 9655       Wilkes Barre, PA 18773
5225061     New Holland of Malvern LLC.         3503 US–270         Malvern, AR 72104
5218155     Open MRI of Hot Springs Ar      3633 Central Ave. Suite 100         Hot Springs National Park, AR 71913
5218156     Ouachita Foot & Ankle       106 Ridgeway St Suite D         Hot Springs National Park, AR 71901
5218246     PRA Receivables Management, LLC     PO Box 41021        Norfolk, VA 23541
5225062     Practice Plus Billing Services      P.O. Box 840012         Dallas, TX 75284
5218157     Prince Plastic Surgery      8201 Cantrell Road #150         Little Rock, AR 72227
5218158     Professional Finance Co         P.O. Box 7059       Loveland, CO 80537
5218159     Progressive     256 West Data Drive         Draper, UT 84020
5225063     Quest Diagnostics       P.O. Box 7306       Hollister, MO 65673
5218160     Receivable Solutions Inc.       P.O. Box 206153         Dallas, TX 75320
5225064     Resort Radiology PLLC       P.O. Box 9178       Russellville, AR 72811
5218161     South Central Endoscopy         124 Sawtooth Oak Street         Hot Springs National Park, AR 71901
5218162     South Central GI LLC        124 Sawtooth Oak Street         Hot Springs National Park, AR 71901
5218163     Star Finance Inc.       1814 Albert Pike        Hot Springs National Park, AR 71913
5218164     State Farm Mutual Automobile I      P.O. Box 588002         North Metro, GA 30029
5218165     Syncb/Amazon PLCC       P.O. Box 965015         Orlando, FL 32896
5218166     Syncb/JC Penney         P.O. Box 965007         Orlando, FL 32896
5218167     TBom–Milestone      216 W. 22nd Street      Devils Elbow, MO 65457
5218168     Tbom–Retail         P.O. Box 4499       Beaverton, OR 97076
5218169     Time Payment        1600 District Ave. Suite 200        Burlington, MA 01803
5218171     Transworld Systems Inc      500 Virginia Drive Suite 514        Fort Washington, PA 19034

| | | | |
|---|---|---|---|
| 5218172 | US Dept of Education/Nelnet | P.O. Box 87130 | Lincoln, NE 68501 |
| 5218173 | Webbank/Fingerhut | 6250 Ridgewood Road | Saint Cloud, MN 56303 |

TOTAL: 61