United States Bankruptcy Court
Western District of Arkansas

In re:  Case No. 22-70501-bmr
Michael Pickett  Chapter 7
Brenda Pickett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0861-6  User: admin  Page 1 of 3
Date Rcvd: Aug 11, 2022  Form ID: 318  Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Pickett, Brenda Pickett, 104 Avalon Drive, Pearcy, AR 71964-9425 |
| 5218123 | + | Allstate Property & Cas Ins, 2775 Sanders Road, Northbrook, IL 60062-6110 |
| 5218125 | + | Arkansas Healthcare Services, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5218131 | + | Bettye A Hoffman Neuropsycholo, 1661 Airport Rd Ste D, Hot Springs National Park, AR 71913-8184 |
| 5218135 | + | CHI St. Vincent Hosptial HS, P.O. Box 505395, Saint Louis, MO 63150-5395 |
| 5225053 | + | Chi St. Vincent Hospital Hot S, P.O. Box 505395, Saint Louis, MO 63150-5395 |
| 5218136 | + | Chi St. Vincent Hot Springs, P.O. Box 6460, Chesterfield, MO 63006-6460 |
| 5218137 | + | Chi St. Vincent Orthopedics Cl, 1662 Higdon Ferry Road Ste 300, Hot Springs National Park, AR 71913-6982 |
| 5218138 | + | Chi St. Vincent Urology Clinic, 1 Mercy Lane Ste 200A, Hot Springs National Park, AR 71913-6457 |
| 5218144 | + | Fletcher Veterinary Clinic, 215 South Moore Road, Hot Springs National Park, AR 71913-9018 |
| 5218146 | + | Healthstar Physicians of HS, Att: # 22144C, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5218147 | + | IC Systems, 10925 Otter Creek East, Mabelvale, AR 72103-1661 |
| 5218148 | + | Jesse S. Johnson, Greenwald Davidson Radbil PLLC, 7601 N. Federal Hwy Ste A-230, Boca Raton, FL 33487-1650 |
| 5218152 | ++ | MID SOUTH ADJUSTMENT CO INC, P O BOX 5270, PINE BLUFF AR 71611-5270 address filed with court:, Mid South Adjustment Co Inc., 200 E. 11th Ave. Ste. K, Pine Bluff, AR 71601 |
| 5218151 | + | Mar Joe Enterprises DBA CBC, P.O. Box 5067, Kingsport, TN 37663-0067 |
| 5218153 | + | National Park Cardiology Servi, Attn #9491j, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5225060 | + | Nationwide Insurance, P.O. Box 077210, Minneapolis, MN 55480-7200 |
| 5225061 | | New Holland of Malvern LLC., 3503 US-270, Malvern, AR 72104 |
| 5218155 | + | Open MRI of Hot Springs Ar, 3633 Central Ave. Suite 100, Hot Springs National Park, AR 71913-6404 |
| 5218156 | + | Ouachita Foot & Ankle, 106 Ridgeway St Suite D, Hot Springs National Park, AR 71901-7157 |
| 5225062 | + | Practice Plus Billing Services, P.O. Box 840012, Dallas, TX 75284-0012 |
| 5218157 | + | Prince Plastic Surgery, 8201 Cantrell Road #150, Little Rock, AR 72227-2350 |
| 5218160 | + | Receivable Solutions Inc., P.O. Box 206153, Dallas, TX 75320-6153 |
| 5225064 | + | Resort Radiology PLLC, P.O. Box 9178, Russellville, AR 72811-9178 |
| 5218161 | + | South Central Endoscopy, 124 Sawtooth Oak Street, Hot Springs National Park, AR 71901-7160 |
| 5218162 | + | South Central GI LLC, 124 Sawtooth Oak Street, Hot Springs National Park, AR 71901-7160 |
| 5218163 | + | Star Finance Inc., 1814 Albert Pike, Hot Springs National Park, AR 71913-4013 |
| 5218167 | | TBom-Milestone, 216 W. 22nd Street, Devils Elbow, MO 65457 |
| 5218172 | + | US Dept of Education/Nelnet, P.O. Box 87130, Lincoln, NE 68501-7130 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5218126 | | Email/Text: bankruptcy@arvest.com | Aug 11 2022 21:27:00 | Arvest Bank, P.O. Box 1640, Lowell, AR 72745 |
| 5218129 | + | EDI: CINGMIDLAND.COM | Aug 12 2022 01:28:00 | AT&T, P.O. Box 536216, Atlanta, GA 30353-6216 |

6:22-bk-70501   Doc#: 20   Filed: 08/13/22   Entered: 08/13/22 23:18:15   Page 2 of 5

| District/off: 0861-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 318 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 5218124 | + | EDI: URSI.COM | Aug 12 2022 01:28:00 | Alltran Financial LP, P.O. Box 722901, Houston, TX 77272-2901 |
| 5218132 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 11 2022 21:27:00 | Caine & Weiner, 5805 Sepulveda Blvd. 4th Floor, Van Nuys, CA 91411 |
| 5218133 | | Email/Text: mlawson@cbcollects.com | Aug 11 2022 21:27:00 | CBC LLC., 2016 Highway 75 Suite 6, Blountville, TN 37617 |
| 5218139 | + | EDI: CCS.COM | Aug 12 2022 01:28:00 | Credit Collection Services, P.O. Box 55126, Boston, MA 02205-5126 |
| 5225054 | + | EDI: CCS.COM | Aug 12 2022 01:28:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5218140 | + | EDI: ARKDEPREV.COM | Aug 12 2022 01:28:00 | DF&A, Revenue Legal Counsel, P.O. Box 1272, Little Rock, AR 72203-1272 |
| 5218141 | + | EDI: DIRECTV.COM | Aug 12 2022 01:28:00 | Direct TV, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 5225055 | + | EDI: DIRECTV.COM | Aug 12 2022 01:28:00 | DirectTV, P.O. Box 105261, Atlanta, GA 30348-5261 |
| 5225056 | ^ | MEBN | Aug 11 2022 21:22:44 | Dynamic Recovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 5218142 | + | Email/Text: bknotice@ercbpo.com | Aug 11 2022 21:27:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5218143 | + | EDI: BLUESTEM | Aug 12 2022 01:28:00 | Fingerhut Advantage, P.O. Box 70281, Philadelphia, PA 19176-0281 |
| 5218145 | + | EDI: PHINGENESIS | Aug 12 2022 01:28:00 | Genesis FS Card Services, P.O. Box 23039, Columbus, GA 31902-3039 |
| 5218149 | | EDI: JPMORGANCHASE | Aug 12 2022 01:28:00 | JP Morgan Chase Bank NA, P.O. Box 182055, Columbus, OH 43218 |
| 5218150 | | EDI: JPMORGANCHASE | Aug 12 2022 01:28:00 | JPMCB Auto Finance, P.O. Box 901003, Fort Worth, TX 76101 |
| 5225057 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 21:37:17 | LVNV Funding, C/O Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5225058 | + | Email/PDF: HCABKNotifications@resurgent.com | Aug 11 2022 21:37:21 | National Park Medical Center, P.O. Box 740757, Cincinnati, OH 45274-0757 |
| 5218154 | + | EDI: NAVIENTFKASMSERV.COM | Aug 12 2022 01:28:00 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 5218246 | + | EDI: RECOVERYCORP.COM | Aug 12 2022 01:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5218158 | + | Email/Text: brprocessor@pfccollects.com | Aug 11 2022 21:27:00 | Professional Finance Co, P.O. Box 7059, Loveland, CO 80537-0059 |
| 5218159 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 11 2022 21:27:00 | Progressive, 256 West Data Drive, Draper, UT 84020-2315 |
| 5225063 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 11 2022 21:27:00 | Quest Diagnostics, P.O. Box 7306, Hollister, MO 65673-7306 |
| 5218164 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Aug 11 2022 21:27:00 | State Farm Mutual Automobile I, P.O. Box 588002, North Metro, GA 30029-8002 |
| 5218165 | + | EDI: RMSC.COM | Aug 12 2022 01:28:00 | Syncb/Amazon PLCC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5218166 | + | EDI: RMSC.COM | Aug 12 2022 01:28:00 | Syncb/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 5218168 | + | EDI: PHINGENESIS | Aug 12 2022 01:28:00 | Tbom-Retail, P.O. Box 4499, Beaverton, OR 97076-4499 |

| District/off: 0861-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 318 | Total Noticed: 59 |

| 5218169 | + Email/Text: marisa.sheppard@timepayment.com | | |
| --- | --- | --- | --- |
| | | Aug 11 2022 21:27:00 | Time Payment, 1600 District Ave. Suite 200, Burlington, MA 01803-5233 |
| 5218171 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Aug 11 2022 21:27:00 | Transworld Systems Inc, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 5218173 | + EDI: BLUESTEM | | |
| | | Aug 12 2022 01:28:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5225052 | ##+ | ARStrat, LLC, P.O. Box 790113, Saint Louis, MO 63179-0113 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mickey Lynn Stevens | on behalf of Joint Debtor Brenda Pickett skeltonandstevens@outlook.com  stevensmr82608@notify.bestcase.com |
| Mickey Lynn Stevens | on behalf of Debtor Michael Pickett skeltonandstevens@outlook.com  stevensmr82608@notify.bestcase.com |
| Richard L. Cox | rlctrustee@gmail.com  AR04@ecfcbis.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Pickett<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1661<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brenda Pickett<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1053<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Western District of Arkansas | | |
| Case number:   6:22–bk–70501 | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Pickett

Brenda Pickett
aka Brenda Davis, aka Brenda Wasson

**By the court:**

Dated: 8/11/22

Bianca M Rucker
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318           **Order of Discharge**           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

8/11/22